IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMADOR L. CORONA, ATTORNEY AT LAW, individually and on behalf of all other similarly situated persons, | ) ) ) | Case No. No. 8:12CV89 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| TRANSCENDENT ONE, INC., a Nevada corporation, and FIRST NATIONAL BANK OF OMAHA, a nationally chartered bank, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the Notice of Stipulated Dismissal of Defendant Transcendent One, Inc. that was filed by the parties on March 26, 2013 (Filing No. 64). The Court, being duly advised in the premises, finds that Transcendent One, Inc. should be and hereby is dismissed from this action without prejudice.

DATED this 27th day of March, 2013.

BY THE COURT:


s/ Joseph F. Bataillon
U. S. District Court Judge


Prepared and submitted by:

J. Scott Paul #16635
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216 fax
spaul@mcgrathnorth.com

Attorneys for Transcendent One, Inc.