IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMADOR L. CORONA, Attorney at Law, individually and on behalf of all other similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:12CV89 |
| V. | ) ) | |
| FIRST NATIONAL BANK OF OMAHA, a Nebraska corporation, and UNITED BANK CARD, INC., a corporation, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Pursuant to the parties' Stipulation (filing 66), the following deadlines are hereby established in this case:

1. Defendants First National Bank of Omaha ("FNBO") and United Bank Card, Inc. ("UBC") shall answer or otherwise respond to the Amended Complaint by April 19, 2013.

2. UBC shall provide Rule 26 Disclosures by May 3, 2013.

3. The parties shall serve written discovery regarding UBC by May 3, 2013.

4. Depositions shall be completed by June 30, 2013.

5. Summary judgment motions shall be filed by August 2, 2013.

6. The parties shall identify expert witnesses by June 3, 2013.

**IT IS SO ORDERED.**

**DATED April 2, 2013.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**