IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMADOR L. CORONA, ATTORNEY AT LAW, individually and on behalf of all other similarly situated persons, | ) ) ) ) | Case No. 8:12-cv-00089 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **FINAL ORDER DISMISSING PLAINTIFF'S INDIVIDUAL** |
| FIRST NATIONAL BANK OF OMAHA, a nationally chartered bank, and UNITED BANK CARD, INC. d/b/a HARBORTOUCH, a corporation | ) ) ) ) ) | **CLAIMS AGAINST DEFENDANT FIRST NATIONAL BANK OF OMAHA** |
| Defendants. | ) | |

This matter is before the Court on the stipulation between Plaintiff Amador L. Corona ("Plaintiff") and Defendant First National Bank of Omaha ("FNBO") to designate the dismissal of Plaintiff's individual claims against FNBO as a final order. Defendant United Bank Card, Inc., d/b/a Harbortouch does not oppose the stipulation. Accordingly, pursuant to Fed. R. Civ. P. 54(b), the Court hereby finds as follows:

1. On June 9, 2014, the Court entered an order granting the Motion for Summary Judgment filed by FNBO and dismissed Plaintiff's individual claims against FNBO, with each party to pay its own costs.

2. Plaintiff did not oppose FNBO's Motion for Summary Judgment as to Plaintiff's individual claims.

3. There is no just reason to delay entry of a final judgment dismissing Plaintiff's individual claims against FNBO because Plaintiff conceded that FNBO was entitled to summary judgment on the individual claims.

It is therefore ORDERED, ADJUDGED and DECREED that the dismissal of Plaintiff's individual claims against FNBO, with each party to pay its own costs, is made final.

DATED this 25th day of June, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge

PREPARED AND SUBMITTED BY:
**Mark C. Laughlin, #19712**
**Elizabeth A. Culhane, #23632**
Fraser Stryker, PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102
mlaughlin@fraserstryker.com
eculhane@fraserstryker.com
ATTORNEYS FOR FIRST NATIONAL
BANK OF OMAHA

APPROVED AS TO FORM AND CONTENT BY:
**Joel J. Ewusiak**
**Christopher Roberts**
**EWUSIAK & ROBERTS**
100 Main Street, Suite 302
Safety Harbor, Florida 34695
Phone:   727.724.5796

**Scott E. Schutzman**
**LAW OFFICES OF SCOTT E.
        SCHUTZMAN**
3700 So. Susan St., Suite 120
Santa Ana, CA 92704
Phone: 714.543.3638

**Gary R. Pearson**
**PEARSON LAW OFFICES**
221 South 66th Street
Lincoln, NE 68510
Phone: 402.483.4197
ATTORNEYS FOR PLAINTIFF