IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMADOR L. CORONA, Attorney at Law,
individually and on behalf of all other
similarly situated persons;

Plaintiff,

vs.

FIRST NATIONAL BANK OF OMAHA, a
NATIONALLY CHARTERED BANK, and
UNITED BANK CARD, INC., d/b/a
HARBORTOUCH, a corporation,

Defendants.

**8:12CV89**

**ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT**

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 18th day of August, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge