# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMADOR L. CORONA, Attorney at Law, individually and on behalf of all other similarly situated persons,** | ) ) ) ) | |
| Plaintiff, | ) ) | 8:12CV89 |
| V. | ) ) | |
| **FIRST NATIONAL BANK OF OMAHA, a Nebraska corporation, and UNITED BANK CARD, INC., a corporation,** | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

Upon the representation that Defendant United Bank Card, Inc. ("United") will continue to be represented in this matter, United's motion requesting that Noah M. Priluck be allowed to withdraw as its counsel (filing 147) will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 147) is granted.

2. The Clerk of Court shall terminate Noah M. Priluck's appearance as counsel for United and shall terminate future notices to Mr. Priluck in this action.

**DATED November 5, 2014.**

BY THE COURT:

**S/ F.A. Gossett
United States Magistrate Judge**