IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMADOR L. CORONA, Attorney at Law, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED BANK CARD, INC., a corporation, doing business at Harbortouch,<br><br>Defendant. | Case No. 8:12CV89<br><br>PROGRESSION ORDER |

This case came on for a status conference. Counsel appeared telephonically. Joel Ewusiak and Christopher Roberts represented the plaintiff and Scott Paul and Michaela Smith represented the defendant. The proposed progression schedule is adopted, as follows:

**IT IS ORDERED:**

1. The deadline for the completion of class discovery and filing of discovery motions is **March 31, 2015.**

2. The deadline for the filing of Plaintiff's certification motion is **April 30, 2015.**

3. The deadline for filing of Defendant's opposing brief is **May 31, 2015.**

4. The deadline for the filing of Plaintiff's reply brief, if any, is **June 17, 2015.**

Dated this 22nd day of January 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge