IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMADOR L. CORONA, Attorney at Law, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>HARBORTOUCH PAYMENTS, LLC, (formerly UNITED BANK CARD, INC., doing business as Harbortouch),<br><br>Defendant. | Case No. 8:12CV89<br><br>AMENDED PROGRESSION ORDER |

This case is before the court on the parties' Joint Motion for Extension of Deadlines Relating to Class Certification (#184). For good cause, the proposed amended progression schedule is adopted, as follows:

**IT IS ORDERED:**

1. The deadline for the completion of class discovery and filing of discovery motions is **June 15, 2015.**

2. The deadline for the filing of Plaintiff's certification motion is **July 15, 2015.**

3. The deadline for filing of Defendant's opposing brief is **August 15, 2015.**

4. The deadline for the filing of Plaintiff's reply brief, if any, is **August 31, 2015.**

Dated this 28th day of April, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge